**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

ANTONIO MARTIN

    VS                                        CASE NO. 4:06cv301-WS/WCS

JAMES McDONOUGH

**REFERRAL AND ORDER**

    The motion/pleading was filed by plaintiff on 07/31/2006 (document #6), and referred to Magistrate Judge William C. Sherrill on 07/31/2006.

    Summary of motion/pleading: NOTICE TO WITHDRAW PETITION FOR WRIT OF HABEAS CORPUS

                                              WILLIAM M. MCCOOL, CLERK OF COURT

                                              s/ Pamela Lourcey
                                              DEPUTY CLERK

---

**ORDER OF COURT**

    Upon consideration of the foregoing, it is ORDERED this 31st day of July, 2006, the requested relief is treated as a notice of voluntary dismissal without prejudice. The clerk shall administratively close this file.

                                              S/ William C. Sherrill
                                              UNITED STATES MAGISTRATE JUDGE